[No. 53054-2-I.   Division One.   November 29, 2004.]

PRECISION HUSKY CORPORATION, *Appellant*, v. MOUNTAIN
EQUIPMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06990-6, Linda C. Krese, J., entered August 20, 2003. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 53136-1-I.   Division One.   November 29, 2004.]

WILLIAM D. WEBSTER, *Appellant*, v. THE DEPARTMENT OF
TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-32117-1, Terence Lukens, J., entered September 12, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Becker, JJ.

[No. 53404-1-I.   Division One.   November 29, 2004.]

DAVID DEREGIS, *Appellant*, v. DIANE VISCO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-07492-1, Douglass A. North, J., entered November 21, 2003. *Reversed* by unpublished per curiam opinion.

[No. 53823-3-I.   Division One.   November 29, 2004.]

NATALIE BROOKE, *Appellant*, v. JAMES H. ROBINSON,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-15358-9, James A. Doerty, J., entered January 23, 2004. *Reversed* by unpublished per curiam opinion. Now published at 125 Wn. App. 253.